IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA**, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 10-10043-03-JTM |
| | ) | |
| **RONALD CHILDS**, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

## **MOTION TO WITHDRAW**

The United States, by and through Debra L. Barnett, Assistant United States Attorney for the District of Kansas, hereby moves this court for an order withdrawing the Arrest Warrant issued by the Clerk of the Court against the above-named defendant herein on March 3, 2010. In support of this Motion, the United States avers:

On March 3, 2010, an Indictment was filed against the above-named defendant, and others, and an Arrest Warrant was issued by the Clerk of the Court for the arrest of defendant Ronald Childs. Due to defendant Ronald Childs' health, the United States requests that the arrest warrant for defendant Ronald Childs be withdrawn and a summons be issued.

**WHEREFORE**, for reasons herein, the United States prays that the court order the Arrest Warrant issued for defendant Alejandro R. Hernandez be withdrawn and a summons be issued.

Respectfully submitted,

LANNY D. WELCH
United States Attorney

s/ Debra L. Barnett
DEBRA L. BARNETT
Ks. S.Ct. No. 12729
Assistant United States Attorney
District of Kansas
301 N. Main, Suite 1200
Wichita, Kansas 67202
(316) 269-6481
(316) 269-6484 (FAX)
Debra.Barnett@usdoj.gov