

200 West Douglas
Suite 350
Wichita Ks. 67202.
Tel. (316) 264-2023
Fax (316) 264-1919

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO.: 10-10043 |
| ) | |
| Christina Childs, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

MOTION TO WITHDRAW DOCUMENT 36 (MOTION TO SUPPRESS) AND REPLACE

WITH DOCUMENT 47 (AMENDED MOTION TO SUPPRESS.

COMES NOW the defendant, Christina Childs, by and through her attorney, Carl F.A. Maughan, and hereby moves the Court to allow the defendant to withdraw document 36 (motion to suppress) and replace the same with document 47 (Amended motion to suppress).

In support of his motion, the defendant alleges as follows:

1. Defendant filed a motion to suppress in the instant case (Doc 36). In said motion defendant had incorrectly identified the property searched as being located at 1001 W. Madison. This address was incorrectly cited. The search,

1

       evidence from which the defendant seeks to have suppressed, was conducted upon a residence at 1001 W. Marlboro.

2. The use of the incorrect address was clerical and typographical error.

3. Defendant has filed an amended motion to suppress (document 47).

4. No hearing is currently scheduled for this motion.

5. Withdrawing the motion and replacing it with the amended motion will not have any substantive effect upon the arguments or evidence to be introduced.

WHEREFORE, for the reasons set forth herein and in any memorandum of law that may be submitted by counsel and in any argument presented in support of this motion, the defendant prays that the Court issue an order allowing the defendant to withdraw document 36 (motion to suppress) and replace the same with document 47 (amended motion to suppress evidence)

    Respectfully submitted,
MAUGHAN& MAUGHAN LC

By s/ Carl F. A. Maughan
Carl F.A. Maughan, S.C. #18447
200 West Douglas, Suite 350
Wichita, Kansas 67202
Telephone: (316) 264-2023
Facsimile: (316) 264-1919
Carl@mandmattorneys.com
*Attorney for Christina Childs*

**CERTIFICATE OF SERVICE**

I hereby certify that on the __1st__ day of June, 2010, I electronically filed the above and foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to all parties with an interest in this case including, but not limited to the following:

Debra Barnett, Office of the United States Attorney

Debra.Barnett@usdoj.gov
*Representing Plaintiff, United States of America*

A copy was mailed by first class mail to Christina Childs.

By <u>s/ Carl F. A. Maughan</u>
Carl F.A. Maughan, S.C. #18447
200 West Douglas, Suite 350
Wichita, Kansas 67202
 Telephone:  (316) 264-2023
Facsimile:  (316)  264-1919
Carl@mandmattorneys.com
*Attorney for Defendant*

3