

200 West Douglas,
Suite 350
Wichita Ks. 67202.
Tel. (316) 264-2023
Fax (316) 264-1919

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| UNITED STATES OF AMERICA,   ) | |
| Plaintiff,   ) | |
| ) | |
| v.   ) | CASE NO.: 10-10061-01-WEB |
| ) | |
| Edgar Apodaca-Castillo,   ) | |
| Defendant.   ) | |
| _____) | |

SECOND MOTION TO CONTINUE TRIAL
AND STATUS CONFERENCE /PLEA HEARING.

COMES NOW the defendant, Edgar Apodaca-Castillo, by and through his attorney, Carl F.A. Maughan, and moves the court for a continuance of the Status conference / Motions hearing and the Jury trial and for the time of the extension to be excluded from the Speedy trial calendar Pursuant to 18 U.S.C. 3161(h)(7).  In support thereof the defendant states as follows:

1. Trial is currently scheduled for August 3, 2010 and the status conference / Motions hearing is scheduled for July 21, 2010.

2. Counsel for the defendant has discussed the possibility of filing a motion to continue this case with the attorney for the United States by telephone and asked counsel for the government whether the United States objects to the continuance of this matter.  Counsel for The United States has advised counsel that he does not object to the defendant's motion to continue.

3. Counsel for the Defendant met with the Defendant in the Butler County Jail on July 19, 2010 with an interpreter to discuss the status of this case, the potential for plea negotiations and other issues relating to this case. During this conference Counsel advised the defendant of his right to a speedy trial and asked whether he would object to a continuance of this case. Defendant indicated that he had no objection to a continuance nor to a waiver of his speedy trial rights relating to this motion.

4. Pursuant to 18 U.S.C. §3161(h)(7)(A) and (B)(ii) the Court may grant a continuance and a speedy trial exclusion for a period of delay if the Court finds that the ends of justice served by granting a continuance outweigh the interest of the public and the defendant in a speedy trial. Among the factors to be considered when a Court determines whether to grant such a continuance under §3161(h)(7)(A) and (B)(i) are:

> Whether the failure to grant such a continuance in the proceedings would be likely to make a continuance of such proceeding impossible, or result in a miscarriage of justice….
>
> 18 U.S.C. §3161(h)(7)(B)(i).
>
> Whether the failure to grant such a continuance in a case … would deny the defendant reasonable time to obtain counsel, would unreasonably deny the defendant or the government continuity of Counsel, or would deny counsel for the defendant or the attorney for the government reasonable time for effective preparation, taking into account the exercise of due Diligence.
>
> 18 U.S.C. §3161 (h)(7)(B)(iv).

5. Counsel for the defendant is currently engaged in negotiations with the attorney for the United States of America. It is hoped that a just resolution of this matter might be

reached without the need for contested litigation.  In this regard, the defendant had previously been scheduled to meet with a government agent to conduct a de-briefing so that the government could assess the defendant's eligibility for the safety valve provision of the sentencing guidelines and other potential plea offers.  This Scheduled meeting with the agent was cancelled at the request of the agent due to unrelated duties.  Counsel for the defendant attempted to reschedule the de-briefing however, the agent's availability was limited.  Accordingly, the defendant is currently scheduled for a de-briefing meeting with law enforcement on July 27, 2010.  Upon the scheduling of this de-briefing counsel for the defendant contacted the attorney for the United States in order to discuss the time frame necessary to obtain a plea offer after the de-briefing.  At that time it was decided that requesting a continuance would be the most prudent option.  The requested continuance would allow for such negotiations to continue and is likely to result in the ability to resolve this matter without litigation and in a manner which is just for the defendant, the United States and society.   As such, the denial of the continuance may hamper the parties' ability to seek justice on the part of the Defendant, the United States and society.  The benefit to the parties and to society of granting the continuance will outweigh any interest the defendant or the government has in a speedy trial.

6. For the reasons stated above, Defendant asserts that his right to seek a just outcome of this matter will be impaired if this matter is not continued. In addition, Counsel assures the Court that if this request is granted, he will continue to exercise due diligence in the completion of his responsibilities and duties to his client and the Court. 18 U.S.C. §3161(h)(7)(B)(iv).  Our system of justice is based in large part upon confidence in the system.  As such, society has an interest in promoting not only the reality of fairness and

justice, but the perception that the defendant received was treated fairly and had the opportunity to seek justice.  The granting of this continuance will foster this societal interest.

7. The United States and the defendants are entitled to the continuity of counsel and reasonable time for effective preparation. 18 U.S.C. 3161(h)(7)(B)(iv).The granting of this continuance will help ensure that both parties have the proper opportunity to negotiate and, perhaps obtain, an outcome which is just for the defendant, the United States and society at large.  Proceeding to trial as scheduled would obstruct the ability of the parties to seek a just resolution.  As such, the interests in granting this motion outweighs the best interest of the public and the defendant in a speedy trial, as set out in 18 U.S.C. 3161(h)(7).

      WHEREFORE, the Defendant respectfully requests that the Court finds that a continuance is in the interests of justice, that the interests of justice and the need for a continuance outweighs the interest the defendant and the public have in a speedy trial in this case.  Defendant therefore requests that the trial be continued for a reasonable amount of time to be determined by the court.  Counsel requests a continuance of the trial, status conference and motions deadline for a reasonable period under the circumstances.

                Respectfully submitted,
                MAUGHAN& MAUGHAN LC

                By s/ Carl F. A. Maughan
                Carl F.A. Maughan, S.C. #18447
                Carl@mandmattorneys.com
                *Attorney for* Edgar Apodaca-Castillo

## **CERTIFICATE OF SERVICE**

  I hereby certify that on the __20th__ day of July 2010, I electronically filed the above and foregoing Alibi notice with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to all parties with an interest in this case including, but not limited to the following:

  Chad Sublet, Office of the United States Attorney
  chad.sublet@usdoj.gov
  *Representing Plaintiff, United States of America*


 A copy was mailed by first class mail to Edgar Apodaca-Castillo

        By s/ Carl F. A. Maughan
        Carl F.A. Maughan, S.C. #18447
        *Attorney for* Edgar Apodaca-Castillo