IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| UNITED STATES OF AMERICA,   )<br>  )<br>              Plaintiff,   )<br>  )<br>    v.           )<br>  )<br>RONALD CHILDS,        )<br>  )<br>              Defendant.   )<br>_____  ) | Criminal Action<br><br>No. 10-10043-03-JTM<br><br>Count 1<br>21 U.S.C. § 841 |

## INFORMATION

The United States Attorney charges that:

### Count 1

On or about August 12, 2009, in the District of Kansas,

### RONALD CHILDS,

the defendant herein, did unlawfully, knowingly and intentionally possess with the intent to distribute marijuana, a controlled substance.

In violation of Title 21, United States Code, Section 841 and Title 18, United States Code, Section 2.

                                                  LANNY D. WELCH
                                                  United States Attorney

                                                  s/ Debra L. Barnett
                                                DEBRA L. BARNETT
                                                Assistant U.S. Attorney
                                                1200 Epic Center, 301 N. Main
                                                Wichita, Kansas  67202
                                                (316) 269-6481
                                                Ks. S.Ct. No. 12729